IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois; and KEVIN HUBER, in his official capacity as Chairman of the Illinois Student Assistance Commission,<br><br>Defendants. | Civil Action No. 3:24-cv-3299<br><br>**PLAINTIFF'S RULE 7.1.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff American Alliance for Equal Rights makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1.1:

Does Plaintiff American Alliance for Equal Rights have a parent corporation and/or wholly owned subsidiary?

No

Is 10% or more of the stock of Plaintiff American Alliance for Equal Rights owned by a publicly held corporation?

No

DATED: October 22, 2024.

                                                                                                                 Respectfully submitted,

| | |
|---|---|
| /s/ Samantha R. Romero<br>SAMANTHA R. ROMERO<br>Cal. Bar No. 344476<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>SRomero@pacificlegal.org | /s/ Erin Wilcox<br>ERIN WILCOX (Lead Attorney)<br>N.C. Bar No. 40078<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>EWilcox@pacificlegal.org |

*Attorneys for Plaintiff*