AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| American Alliance for Equal Rights | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:24-cv-03299-SLD-JAH |
| Jay Robert Pritzker, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff American Alliance for Equal Rights.

Date: 10/23/2024

/s/ Samantha R. Romero
*Attorney's signature*

Samantha R. Romero
*Printed name and bar number*

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
*Address*

SRomero@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*