# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, | ) ) ) | |
| Plaintiff | ) ) | Case No. 24-cv-3299 |
| v. | ) ) | Honorable Sara Darrow |
| JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, and KEVIN HUBER, in his official capacity as Chairman of the Illinois Student Assistance Commission | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Jay Robert Pritzker, in his official capacity as the Governor of Illinois, and Kevin Huber, in his official capacity as Chairman of the Illinois Student Assistance Commission, respectfully request that this Court grant their unopposed motion and extend their deadlines to respond to Plaintiff's complaint to December 13, 2024. In support of this motion Defendants state:

1. Plaintiff filed this lawsuit on October 22, 2024. ECF No. 1. Governor Pritzker's responsive pleading is due on November 15, 2024, and Defendant Huber's responsive pleading is due on November 19, 2024. ECF No. 8.

2. Counsel for Defendants require additional time to confer with their clients to prepare their responsive pleadings. As such, Defendants request an extension of time until December 13, 2024, to respond to Plaintiff's complaint.

3. This is the first request for an extension in this case. This motion is made in good faith and no party will be prejudiced if this motion is granted.

4. Counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant their unopposed motion and extend their deadlines to respond to Plaintiff's complaint to December 13, 2024.

November 13, 2024

Respectfully submitted,

*/s/ Mary A. Johnston*

Mary A. Johnston
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle
Chicago, Illinois 60603
(312) 814-4417
Mary.Johnston@ilag.gov

*Counsel for Defendants*