IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, | )<br>)<br>) |
| Plaintiff | ) Case No. 24-cv-3299<br>) |
| v. | ) Honorable Sara Darrow<br>) |
| JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, and KEVIN HUBER, in his official capacity as Chairman of the Illinois Student Assistance Commission | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, Jay Robert Pritzker, in his official capacity as the Governor of Illinois, and Kevin Huber, in his official capacity as Chairman of the Illinois Student Assistance Commission, respectfully request that this Court grant their unopposed motion and extend their deadlines to respond to Plaintiff's complaint to December 20, 2024. In support of this motion Defendants state:

1. Plaintiff filed this lawsuit on October 22, 2024. ECF No. 1. Defendants' responsive pleadings are currently due on December 13, 2024. *See* Order dated November 14, 2024.

2. Counsel for Defendants require additional time to finalize their responsive pleadings and allow adequate time for client review. As such, Defendants request a one-week extension of time until December 20, 2024, to respond to Plaintiff's complaint.

3. This is the second request for an extension in this case. This motion is made in good faith and no party will be prejudiced if this motion is granted.

4. Counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant their unopposed motion and extend their deadlines to respond to Plaintiff's complaint to December 20, 2024.

December 11, 2024

Respectfully submitted,

*/s/ Mary A. Johnston*

Mary A. Johnston
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle
Chicago, Illinois 60603
(312) 814-4417
Mary.Johnston@ilag.gov

*Counsel for Defendants*