IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, | ) ) ) | |
| Plaintiff | ) ) | Case No. 24-cv-3299 |
| v. | ) ) | Honorable Sara Darrow |
| JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, and KEVIN HUBER, in his official capacity as Chairman of the Illinois Student Assistance Commission | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants JB Pritzker, in his official capacity as Governor of the State of Illinois, and Kevin Huber, in his official capacity as Chairman of the Illinois Student Assistance Commission, by their attorney, Kwame Raoul, Attorney General of the State of Illinois, respectfully request that this Honorable Court dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The grounds for this motion are set forth in the Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint, which they incorporate by reference.

December 20, 2024

Respectfully submitted,

*/s/ Mary A. Johnston*

Mary A. Johnston
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle
Chicago, Illinois 60603
(312) 814-4417
Mary.Johnston@ilag.gov

*Counsel for Defendants*