# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois; and KEVIN HUBER, in his official capacity as Chairman of the Illinois Student Assistance Commission,<br><br>　　　　Defendants. | Civil Action No. 24-cv-3299-SLD-JEH |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff American Alliance for Equal Rights respectfully requests that this Court grant its unopposed motion to extend the deadline to respond to Defendants' motion to dismiss to Friday, January 17, 2025. In support of this motion, Plaintiff states:

1. Plaintiff filed this lawsuit on October 22, 2024. Dkt. 1.

2. Defendants filed a motion to dismiss Plaintiff's complaint on December 20, 2024. Dkt. 11, 12.

3. Pursuant to Local Rule 7.1(B)(2), Plaintiff's response to Defendants' motion to dismiss will be due on January 3, 2025.

4. Due to the Christmas and New Year's holidays, Plaintiff seeks a two-week extension of time until January 17, 2025, to respond to Defendants' motion to dismiss.

5. This is Plaintiff's first request for an extension in this case. This motion is made in good faith, and no party will be prejudiced if this motion is granted.

6. Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant its unopposed motion to extend the deadline to respond to Defendants' motion to dismiss to January 17, 2025.

DATED: December 23, 2024.

          Respectfully submitted,

/s/ *Erin E. Wilcox*
ERIN WILCOX (Lead Attorney)
Cal. Bar No. 337427
SAMANTHA R. ROMERO
Cal Bar No. 344476
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
EWilcox@pacificlegal.org
SRomero@pacificlegal.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on December 23, 2024.

*s/ Erin E. Wilcox*
Erin E. Wilcox
Pacific Legal Foundation
