# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, and KEVIN HUBER, in his official capacity as Chairman of the Illinois Student Assistance Commission,<br><br>　　　　Defendants. | Civil Action No. 3:24-cv-03299-SLD-RLH |

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)

It is STIPULATED AND AGREED TO by and between the parties hereto, through counsel, that this case shall be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause for this stipulation and dismissal thereunder exists as follows:

1. Plaintiff filed suit on October 22, 2024, challenging racial qualifications for the Minority Teachers of Illinois Scholarship Program in 110 Ill. Comp. Stat. Ann. 947/50. *See* Compl., Dkt. 1.

2. On November 21, 2025, Illinois House Bill 3065 became law and eliminated the challenged racial qualifications. *See* Ill. Pub. Act 104-437 (2025).

All parties to bear their own costs and fees.

DATED: December 8, 2025.

Respectfully submitted,

/s/ Samantha R. Romero  
SAMANTHA R. ROMERO  
Cal. Bar No. 344476  
Pacific Legal Foundation  
555 Capitol Mall, Suite 1290  
Sacramento, California 95814  
Telephone: (916) 419-7111  
SRomero@pacificlegal.org

/s/ Erin Wilcox  
ERIN WILCOX (Lead Attorney)  
N.C. Bar No. 40078  
Pacific Legal Foundation  
555 Capitol Mall, Suite 1290  
Sacramento, California 95814  
Telephone: (916) 419-7111  
EWilcox@pacificlegal.org

*Attorneys for Plaintiff*

/s/ Lee Stark  
Lee Stark  
Attorney No. 6336810  
Assistant Attorney General  
Office of the Attorney General of Illinois  
115 S. Lasalle Street  
Chicago, Il 60603  
224.278.8343  
lee.stark@ilag.gov

*Attorney for Defendants*

2

**Certificate of Service**

I hereby certify a true and accurate copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on December 8, 2025.

/s/ Erin E. Wilcox
ERIN E. WILCOX